```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,

                                              S5 11 Cr. 1032 (PAE)

      -v-

                                              ORDER

ANIBAL RAMOS,
                 Defendant.
------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      The Court has received the attached letter from defendant Anibal Ramos. Mr. Ramos asks the Court why he remains housed at the MDC in Brooklyn six months after his sentence.

      The Court wishes to advise Mr. Ramos that decisions as where a defendant is housed post-sentencing are within the discretion of the Bureau of Prisons, not this Court, and the Court does not know the basis on which the decision was made to house him at the MDC. Inasmuch as Mr. Ramos' letter states that a BOP case manager informed him that he is housed at the MDC at the request of the U.S. Marshals, the Court requests that Mr. Ramos's counsel, Bennett Epstein, Esq., confer with the Marshals to determine whether any further information about this decision can be shared with Mr. Ramos. The Court further directs that Mr. Epstein furnish a copy of this order to Mr. Ramos.

      So ordered.

Dated: New York, New York
       October 28, 2014

                                                *Paul A. Engelmayer*
                                              PAUL A. ENGELMAYER,
                                              UNITED STATES DISTRICT JUDGE

D+F

11cr 1032 (PAE)

September 8th, 2014

Honorable Judge: Paul A. Engelmayer

The reasoning behind this here letter is my questioning as to why I continue to find myself at MDC Brooklyn after being sentenced six months ago on March 14th, 2014.

When reaching out to my attorney, Benedict Epstein and informing him of the situation he said; it was out of his hands and in the power of the F.B.O.P. He then advised me to speak to my unit case manager. Case manager, Ms Bencibi, was able to see me on Sept. 7th, 2014. She informed me that a hold was put upon me by the U.S. Marshalls, pending a superceded indictment.

If you can provide any clarity to the validity of this situation I would greatly appreciate it.

Respectfully,
Anibal Ramos

RECEIVED
OCT 16 2014
U.S.D.C. S.D. N.Y.